Dismissed and
Memorandum Opinion filed March 25, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00726-CV

____________

 

MYRTLE JACKSON, Appellant

 

V.

 

HOUSTON HOUSING AUTHORITY, Appellee

 

 

 



On Appeal from County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 943,459

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed August 12, 2009. 
The clerk’s record was filed on December 3, 2009.  The reporter’s record was
filed November 2, 2009.  No brief was filed.

            On February 4, 2010, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, within thirty days, the Court would dismiss
the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








As of this date, no brief has been filed.  Accordingly, the
appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Frost,
Boyce, and Sullivan.